577 F.2d 1132
 18 Fair Empl.Prac.Cas. 48
 Johnson
v.
Shreveport Garment Co.***
 No. 77-1342
 United States Court of Appeals, Fifth Circuit
 7/27/78
 W.D.La., 422 F.Supp. 526
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966